

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00520-CV

Ramiro **ALCAZAR**,
Appellant

v.

**STARR COUNTY APPRAISAL DISTRICT**, Starr County Appraisal Board, Rosalva Guerra,
in her official capacity as Starr County Chief Appraiser, and Abraham G. Gonzalez, III, in his
official capacity as Chairman of the Starr County Appraisal Board,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-20-307
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is
AFFIRMED. Costs of the appeal are taxed against Appellant Ramiro Alcazar. *See* TEX. R. APP.
P. 43.4.

SIGNED May 15, 2024.

_____
Rebeca C. Martinez, Chief Justice